## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INNOAS INC., a New Jersey corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>VISTA CAPITAL, LLC, d/b/a BANCARDXPRESS; ETHAN PARK, an individual; EDUARDO PARK, an individual; XYZ CORPS. 1–10 (fictitious); and JOHN/JANE DOES 1–10 (fictitious);<br><br>*Defendants*. | Civil Action No.: 2:l7-CV-12436-JLL-JAD<br><br><br>**RULE 7.1<br>DISCLOSURE STATEMENT** |

Plaintiff, INNOAS INC., make the following disclosure pursuant to Federal Rules of Civil Procedure Rule 7.1:

1. Plaintiff, INNOAS INC., does not have any parent corporation.

2. There are no publicly held corporation owning 10% or more of Plaintiff, INNOAS INC.'S stock.


Dated: December 5, 2017                                  By:  __/s/ *Joshua S. Lim*_____
                                                                                Joshua S. Lim, Esq.
                                                                                KIM, CHO & LIM, LLC
                                                                                460 Bergen Blvd., Suite 305
                                                                                Palisades Park, New Jersey 07650
                                                                                Tel: 201-585-7400
                                                                                *Attorneys for Plaintiff*