UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INNOAS INC., a New Jersey corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>VISTA CAPITAL, LLC, d/b/a BANCARDXPRESS; ETHAN PARK, an individual; EDUARDO PARK, an individual; XYZ CORPS. 1–10 (fictitious); and JOHN/JANE DOES 1–10 (fictitious);<br><br>*Defendants*. | Civil Action No.: 2:17-CV-12436-JLL-JAD<br><br>**CONSENT ORDER FOR AN EXTENSION OF TIME TO ANSWER** |

**IT APPEARING** to the Court that Defendant Eduardo Park has been served with the Complaint on December 15, 2017; the time to answer, move, or otherwise reply expires on January 23, 2018; and the parties have not obtained any previous extension.

**IT FURTHER APPEARING** to the Court, upon application by Plaintiff, Innoas, Inc., and with the consent of Defendant Eduardo Park, pursuant to Local Civil Rule 6.1, that an extension of time to answer, move, or otherwise reply to the Complaint pursuant to Federal Rules of Civil Procedure Rule 12 should be granted, it is therefore,

**ORDERED** that Defendant Eduardo Park's time to answer, move, or otherwise reply to the Complaint is extended by thirty (30) days.

**AND IT IS SO ORDERED** on this _____ day of January, 2018.

_____
**Judge Jose L. Linares, U.S.D.J.**

**WE SO MOVE:**

_____
Joshua S. Lim, Esq.
Kim, Cho & Lim, LLC
Attorneys for Plaintiff
460 Bergen Boulevard, Suite 305
Palisades Park, NJ 07650

Dated: 1/22/18

T: (201) 585-7400
F: (201) 585-7422
joshualim@kcllawfirm.com

SO I CONSENT:

_____     Dated: 1/22/2018
Eduardo Park
*Pro Se* Defendant
275 Hoym Street, Apt. 5A
Fort Lee, NJ 07024
T: (516) 604-2577
eddie@bancardxpress.com